# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LORI SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 16-CV-00451-CVE-TLW |
| vs. | ) |
| | ) |
| (1) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff Lori Smith and Defendant State Farm Mutual Automobile Insurance Company jointly give notice to this Court that this matter has been resolved by way of settlement. The parties anticipate submitting a Joint Stipulation of Dismissal With Prejudice within thirty (30) days of the date of this notice.

Submitted this 31st day of August, 2016.

Respectfully submitted,

/s/ *Jason C. Messenger*
Charles L. Richardson, OBA #13388
Jason C. Messenger, OBA #19887
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
 (918) 492-7674 *Tel*
 (918) 493-1925 *Fax*
**Attorneys for Plaintiff**

/s/ *Andrew G. Wakeman*
*(signed by filing attorney with permission of non-filing attorney)*
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA #21393
525 South Main Street, Suite 1500
Tulsa, OK 74103
**Attorneys for Defendant**

## CERTIFICATE OF MAILING

The undersigned certifies that on the 2nd day of September, 2016, the above and foregoing instrument was sent electronically, to the following:

John S. Gladd
Andrew G. Wakeman

                                         /s/ *Jason C. Messenger*
                                         For the Firm