IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LORI SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 16-CV-00451-CVE-TLW |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| (1) STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lori Smith and Defendant State Farm Mutual Automobile Insurance Company hereby submit this Stipulation of Dismissal With Prejudice. Plaintiff and Defendant stipulate that this matter has been settled and the Court may dismiss this matter with prejudice to the right of re-filing.

Submitted this 3rd day of October, 2016.

Respectfully submitted,

/s/ *Jason C. Messenger*
Charles L. Richardson, OBA #13388
Jason C. Messenger, OBA #19887
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 *Tel*
(918) 493-1925 *Fax*
**Attorneys for Plaintiff**

/s/ *Andrew G. Wakeman*
*(signed by filing attorney with permission of non-filing attorney)*
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA #21393
525 South Main Street, Suite 1500
Tulsa, OK 74103
**Attorneys for Defendant**

## C<small>ERTIFICATE OF</small> M<small>AILING

The undersigned certifies that on the 3rd day of October, 2016, the above and foregoing instrument was sent electronically, to the following:

John S. Gladd
Andrew G. Wakeman

        /s/ *Jason C. Messenger*
        For the Firm